# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3167
LT Case No. 2004-CF-50232-A

_____

JERRY OWENS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, Judge.

Jerry Owens, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

April 9, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____